UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM A. GRONBERG,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  C06-5004RBL<br><br><br><br><br>ORDER |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings.  On remand, the Administrative Law Judge (ALJ) will obtain the file for Plaintiff's subsequent claim, filed on January 31, 2006, and consolidate the files.  The ALJ will update the record and obtain a current mental status examination with psychological testing, and if necessary, obtain medical expert testimony.  The ALJ will also apply the special technique for evaluating mental impairments; reevaluate the medical source opinions (including any opinion about stooping), providing reasons for any that are accepted or rejected; reassess Plaintiff's credibility; rely on 20 C.F.R. §416.930 (2006) only if

Page 1     ORDER- [C06-5004RBL]

its requirements are satisfied; and obtain vocational expert testimony based on hypothetical questions that include all of Plaintiff's limitations, to determine whether he can perform jobs that exist in significant numbers.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 28th day of July, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

/s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:    206-615-2531
carol.a.hoch@ssa.gov

Page 2     ORDER- [C06-5004RBL]