UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM GRONBERG,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　Defendant | Civil No. C06-5004-RBL<br><br><br><br><br>ORDER FOR<br>ATTORNEY FEES |

Upon consideration of Plaintiff's Motion for Attorney Fees, Expenses, and Costs Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Defendant's Response thereto, and the Court agreeing that fees and expenses should be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs should be awarded pursuant to 28 U.S.C. § 1920, good cause having been shown, now, therefore, it is hereby:

Page 1          PROPOSED ORDER- [C06-5004-RBL]

ORDERED that Plaintiff's attorney, Robert A. Friedman of Robert A Friedman and Associates, P.S., is hereby awarded attorney fees of $4,171,38, and expenses of $54.88, under the EAJA, and costs of $67.25 under 28 U.S.C. § 1920.

DATED this 5th day of September, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:   206-615-2684
Fax:       206-615-2531
carol.a.hoch@ssa.gov

Page 2        PROPOSED ORDER- [C06-5004-RBL]