06-CV-05004-ORD



FILED _____ LODGED
_____ RECEIVED

NOV - 6 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

U.S. DISTRICT JUDGE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF WASHINGTON
TACOMA DIVISION

WILLIAM GRONBERG,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Case No. C06-5004

PROPOSED ORDER

The Court has considered plaintiff's counsel's motion for authorization to charge an attorney fee pursuant to 42 U.S.C. §406(b). The Court grants plaintiff's counsel's motion and authorizes an attorney fee of $10,613.39 in accordance with 42 U.S.C. §406(b). Previously, this Court awarded $4,171.38 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the Commissioner is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney $6,442.01. Any amount the Commissioner continues to withhold from past due benefits should then be released to Plaintiff.

Dated: November 6, 2007

Ronald B. Leighton
U.S. District Judge

Proposed Order - 1