# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM GRONBERG

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C06-5004RBL

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court grants plaintiff's counsel's motion and authorizes an attorney fee of $10,613.39 in accordance with 42 U.S.C. § 406(b). Previously, this Court awarded $4,171.38 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 4065(b) check, the Commissioner is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney $6,442.01. Any amount the Commissioner continues to withhold from past due benefits should then be release to Plaintiff.

| November 8, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/Caroline M. Gonzalez*
Deputy Clerk